**Penny ALLEN, Plaintiff–Appellant,**

v.

**DOLGENCORP, INC., Dollar General Partners, Dolgencorp Of New York, Inc., Dolgencorp of Texas, Inc., Defendants–Appellees.**

**Beryl Dauzat, Plaintiff–Appellant,**

v.

**Dolgencorp, Inc., Dollar General Partners, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., Defendants–Appellees.**

**Deborah Francis, Plaintiff–Appellant,**

v.

**Dolgencorp, Inc., Dollar General Partners, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., Defendants–Appellees.**

**Regina Franklin, Plaintiff–Appellant,**

v.

**Dolgencorp, Inc., Dollar General Partners, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., Defendants–Appellees.**

**Michael Hadaway, Plaintiff–Appellant,**

v.

**Dolgencorp, Inc., Dollar General Partners, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., Defendants–Appellees.**

**Cathy Thomas, Plaintiff–Appellant,**

v.

**Dolgencorp, Inc., Dollar General Partners, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., Defendants–Appellees.**

**Wanda Womack, Plaintiff–Appellant,**

v.

**Dolgencorp, Inc., Dollar General Partners, Dolgencorp of New York, Inc., Dolgencorp of Texas, Inc., Defendants–Appellees.**

Nos. 07–14569, 07–14570, 07–14571, 07–14572, 07–14573, 07–14574, 07–14575.

United States Court of Appeals, Eleventh Circuit.

May 23, 2008.

Allen J. Schreiber, Mark P. Petro, Schreiber & Petro PC, Birmingham AL, Jere L. Beasley, Roman A. Shaul, Daniel W. Miles III, Beasley Allen Crow Methvin Portis & Miles PC, Montgomery AL, for Plaintiffs.

Trent J. Scofield, Ogletree Deakins Nash Smoak & Stewart PC, Birmingham AL, Melissa M. Hensley, Joel S. Allen, Ronald E. Manthey, Morgan Lewis & Bockius LLP, Dallas TX, Keith D. Frazier, Ogletree Deakins Nash Smoak & Stewart, Nashville TN, for Defendants.

Before DUBINA and BARKETT, Circuit Judges, and SCHLESINGER *, District Judge.

PER CURIAM:

Appellants are store managers of a number of Dollar General stores in Alabama. They appeal the district court's grant of summary judgment in favor of Appellee Dolgencorp, Inc. ("Dollar General"), on Appellants' claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 2001–2019.

* Honorable Harvey E. Schlesinger, United States District Judge for the Middle District of Florida, sitting by designation.
1. We express no opinion as to whether summary judgment is appropriate in this case.

The question before us is whether there is a genuine issue of material fact as to whether the Appellants' primary duty was management. At the time the district court granted summary judgment in this case, the court did not have the benefit of our recent decision in *Rodriguez v. Farm Stores Grocery, Inc.*, 518 F.3d 1259, 1264–65 (11th Cir.2008). Our holding in *Rodriguez* could affect the outcome of the present case. Accordingly, we vacate the district court's grant of summary judgment and remand this case to the district court to reconsider its decision in light of *Rodriguez*.[1]

**VACATED AND REMANDED.**

On remand, the district court should reexamine whether any genuine issue of material fact exists under the *Rodriguez* analysis.